## KESER v. BAILEY et al.

(Decided March 6, 1931.)

B. M. Lee for movant.

J. L. Williams opposed.

PER CURIAM. Action in trover for the conversion of a second-hand automobile. Judgment in favor of plaintiff for $120 and dismissing the counterclaim of appellant and defendant for $183.

Appeal denied; judgment affirmed.

## PEOPLE'S BANK OF OLIVE HILL.

(Decided March 13, 1931.)

John M. Theobald for movant.

R. C. Littleton opposed.

PER CURIAM. Judgment for $282 in an action paid on forged check.

Appeal denied; judgment affirmed.